Prob 12C
(1/06)

# United States District Court
## for the District of Maine
### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Alvin Aaron Jackson          **Case Number:** 03-CR-41-P-H-01

**Name of Sentencing Judicial Officer:** The Honorable D. Brock Hornby, U.S. District Judge

**Date of Original Sentence:** April 9, 2004 (Amended on November 17, 2005)

**Original Offense:**  Ct. I- Distribution of Cocaine Hydrochloride
Ct. II- Distribution of Cocaine Base, Aiding and Abetting
Ct. IV- Distribution of More than 5 Grams of Cocaine Base, Aiding and Abetting

**Original Sentence:** One hundred thirty-six (136) months imprisonment, all counts, to be served concurrently; sixty (60) months supervised release.

**Amended Sentence:** Sixty-six (66) months imprisonment, all counts, to be served concurrently; three (3) years supervised release on Counts I and II, and five (5) years supervised release on Count IV, to be served concurrently.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 3/17/2008

**Assistant U.S. Attorney:**          **Defense Attorney:**
Donald Clark                          John P. DeGrinney, Esq.

---

## PETITIONING THE COURT

[X]  To issue a warrant/matter to be sealed pending arrest.
[ ]  To issue a warrant/matter to be sealed pending arrest.  Attachment to remain sealed after arrest.
[ ]  To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|

**ONE**        **Special Condition No. 1: The defendant shall not use or possess any controlled substances or intoxicants (including alcohol); and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer.  This may include testing, of not more than 70 tests per year, to determine if the defendant has made use of drugs or intoxicants.  Defendant shall pay/co-pay for services provided during the course of such treatment, to the supervising officer's satisfaction.**

The defendant used or possessed **marijuana,** as evidenced by positive drug tests, as well as his own admissions, as listed and detailed below:

**August 25, 2008
November 3, 2008
December 13, 15 and 29, 2008
January 21 and 30, 2009
February 2, 2009**

After the August 25, 2008, positive test, Officer Laura Tait confronted Jackson, who admitted his drug use.  He was placed in the Tru-Thought Criminal Thinking 13 week group as a result of his drug use.  After the November 3, 2008, positive test, Jackson initially denied any drug use.  One week later, while meeting with Officer Tait, he admitted ingesting marijuana that was inside a brownie.  As a result of that admission, Jackson was ordered to complete 50 hours of community service.

On January 9, 2009, this officer met with Jackson to discuss the December 13, 15 and 29, 2008, positive test results.  During that meeting, he admitted the use of marijuana.  As a result of Jackson's continued drug use, he was referred for outpatient substance abuse treatment, as well as the SwiTCH program.  He was admitted into that program on January 22, 2009, but has tested positive twice since then, on both January 30 and February 2, 2009, as well as the day before his entrance into the program (January 21, 2009).  When confronted about these results, Jackson denied any new drug use.  It should be noted that prior to attending the SWiTCH session on February 4, 2009, Jackson submitted a urine sample at the Probation Office that was clear in color, and appeared to be diluted.  He was instructed to return to the Probation Office after Court to submit a second sample.  He failed to return.  Jackson was fornally terminated from the SWiTCH program on that same date.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
   [X]  Revoked
   [ ]  Extended for year(s), for a total term of years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 5, 2009

By:      _____

Matt Brown
U.S. Probation Officer

Reviewed by:

_____

Ryan E. Petroff
Supervisory U.S. Probation Officer
Date:  February 5, 2009

## ME100

# SUPERVISED RELEASE VIOLATION
# COVER SHEET

**NAME:** Alvin Aaron Jackson

**Y/O/B:** 1969

**Offense(s) of Conviction and Classification:**

Count I: Distribution of Cocaine Hydrochloride
Count II: Distribution of Cocaine Base, Aiding and Abetting
Count IV: Distribution of More than 5 Grams of Cocaine Base, Aiding and Abetting

**Original Sentence and Date Imposed:**

Imprisonment: Sixty-six (66) months, all counts, to be served concurrently;
Supervised Release: Three (3) years on Counts I and II; Five (5) years on Count IV, concurrent

Imposed: November 17, 2005

**Available Penalties for Current Violation (with statutory reference):**

**Imprisonment:**

Three years, pursuant to 18 U.S.C. § 3583(e)(3)

**Additional Period of Supervised Release:**

Life, less any term of imprisonment imposed, pursuant to 18 U.S.C. § 3583(h)

**Supervising Probation Officer:**  Matt Brown