SCANNED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2009 NOV -4  A 10: 17

_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  03-cr-41-P-H-01 |
| Alvin Jackson | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alvin Jackson                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition on Supervised Release.

A TRUE COPY
ATTEST: Linda L. Jacobson, **Clerk**
By: _[signature]_
Deputy Clerk

Date:   11/04/2009

_[signature]_
*Issuing officer's signature*

City and state:   Portland, Maine                              Melody Whitten, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
_____
*Arresting officer's signature*

_____
*Printed name and title*